## Commonwealth v. Schneiter.

(Decided December 1, 1916.)

### Appeal from Jefferson Circuit Court (Criminal Division).

Appeal and Error—Record—Sufficiency—Presumption.—In the absence of a transcript of the evidence on which the case was heard below, it will be presumed that the evidence supports the judgment and the judgment will be affirmed.

A. SCOTT BULLITT for appellant.

A. J. BIZOT and P. H. SAVAGE for appellee.

OPINION OF THE COURT BY WILLIAM ROGERS CLAY, COMMISSIONER—Affirming.

Fred Schneiter applied to the county court for a license to conduct a tavern in Jefferson County. A protest was filed by certain citizens. After hearing by the county court the license was refused. On appeal to the circuit court it was held that Schneiter was entitled to a license and the judgment of the county court was reversed. The Commonwealth appeals.

Whether or not the license was properly granted depends upon the facts. The case is here without a transcript of the evidence on which it was heard below. In the absence of the evidence, it will be presumed that the evidence supports the judgment and the judgment will be affirmed. Lowe v. Taylor, 172 Ky. 275; First State Bank of Irvington v. Richardson, et al., 167 Ky. 771, 181 S. W. 611.

Judgment affirmed.